1 | STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3 | THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 | BARBARA J. VALLIERE (DCBN 439353)
DAVID J. WARD (CABN 239504)

5 | Assistant United States Attorneys

6 |      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495

7 |      Telephone: (415) 436-7200
       Facsimile: (415) 436-7234

8 |      david.ward@usdoj.gov
       barbara.valliere@usdoj.gov

9

   Attorneys for United States of America

10

                        UNITED STATES DISTRICT COURT

11

                      NORTHERN DISTRICT OF CALIFORNIA

12

                          SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,          )  CASE NO.  21 CR-00445 JD
                                        )
15 |        Plaintiff,                   )
                                        )
16 |    v.                              )  **STIPULATION AND ~~PROPOSED~~ ORDER TO**
                                        )  **VACATE AND RESET SENTENCING DATE**
17 | SUSAN ARREOLA-MARTIN,              )  **FOR DEFENDANT ARREOLA-MARTIN**
                                        )
18 |        Defendant.                   )
                                        )
19 |                                     )
   _____    )

20

21 |        Counsel for the United States and counsel for defendant SUSAN ARREOLA-MARTIN in the

22 | above-captioned matter jointly file this Stipulation and Proposed Order asking the Court to vacate the

23 | April 25, 2022 sentencing date for this defendant in Case Number 21-CR-00445 JD and set a new

24 | sentencing date on May 23, 2022, at 10:30 a.m. before the Court.  Defendant Arreola-Martin has a

25 | companion case – 20-CR-108 JD – where at the request of the parties, the Court reset the sentencing

26 | date for May 23, 2022.  Defendant Arreola-Martin's plea agreement includes the charges in both cases,

27 | 21-CR-00455 and 20-CR-108, and thus the parties ask that the sentencing in 21-CR-00445 also be reset

28

   STIPULATION TO RESET SENTENCING DATES
   Case No. 21-CR-0445 JD

1  for May 23, 2022.

2      The parties further stipulate and agree that if the Court sets sentencing on May 23, 2022,

3  sentencing memos will be due May 9, 2022, and responses may be filed no later than May 16, 2022.

4      The undersigned Assistant United States Attorneys certify that they have obtained approval from

5  counsel for the defendant to file this stipulation and proposed order.

6      IT IS SO STIPULATED.

7

8  DATED: April 1, 2022          *Barbara J Valliere*
                                 BARBARA J. VALLIERE
9                                DAVID J. WARD
                                 Assistant United States Attorneys
10

11 DATED: April 1, 2022          /s/ Kenneth Wine_____
                                 KENNTH WINE
12                               Counsel for Susan Arreola-Martin

13

14

15                    **[PROPOSED]** ORDER

16      Based upon the stipulation of the parties, and for good cause shown, the Court hereby orders that

17 the April 25, 2022 sentencing date for defendant ARREOLA-MARTIN in the above-captioned matter be

18 vacated, and that sentencing be set for defendant ARREOLA-MARTIN on May 23, 2022, at 10:30 a.m.

19 before this Court.  Sentencing memos will be due on May 9, 2022, and responses may be filed no later

20 than May 16, 2022.

21

22      IT IS SO ORDERED.

23

24 DATED: April 14, 2022_____          _____

25                                        HON. JAMES DONATO
                                          United States District Judge
26

27

28

STIPULATION TO RESET SENTENCING DATES
Case No. 21-CR-0445 JD